■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JACKSON, Appellant. [833 NYS2d 422]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., J.), entered January 14, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Centra, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO J. SOLIVAN, Appellant. [833 NYS2d 421]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered April 2, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Centra, Lunn and Green, JJ.